JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DE VRIES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01810<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff JOHN DE VRIES and Defendant ALLSTATE INSURANCE COMPANY, by and through their respective counsel, that the above-captioned action is hereby dismissed with prejudice, each party to bear their own fees and costs.

///

///

1

There has been no trial date set in this case.

DATED this _____ day of April, 2018.     DATED this _____ day of April, 2018.

K E A T I N G LAW GROUP                    SANTORO WHITMIRE


By: __/s/JOHN T. KEATING_____          By: _/s/JASON D. SMITH_____
JOHN T. KEATING                            JASON D. SMITH, ESQ.
Nevada Bar No.: 6373                       Nevada Bar No.: 9691
9130 W. Russell Road, Ste. 200             101000 West Charleston Blvd., Ste. 250
Las Vegas NV 89148                         Las Vegas NV 89135
Attorney for Defendant                     Attorney for Plaintiff
*Allstate Insurance Company*               *John De Vries*

## ORDER

IT IS SO ORDERED that Plaintiff JOHN DE VRIES' action against Defendant ALLSTATE INSURANCE COMPANY is hereby dismissed with prejudice, each party to bear their own fees and costs.

DATED this 4th day of May, 2018.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP


By: __/s/JOHN T. KEATING_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Insurance Company*